UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 22, 2016
David J. Bradley, Clerk

Matlock Stanley, §
§
     Plaintiff, §
§
versus §    Civil Action H-15-2315
§
Vision Guidance Services, L.P., et al., §
§
     Defendants. §

## Final Dismissal

1. Having reviewed the parties' settlement, the court dismisses this case with prejudice.

2. The court retains jurisdiction to enforce this settlement.

Signed on April 22, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge